**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

STATE OF ALASKA,
     Plaintiff,

Case Number 3:17-cv-00090-HRH

v.

UNITED STATES OF AMERICA,
     Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     THAT the Plaintiff, State of Alaska, is the prevailing party against the Defendant, United States of America. Costs in the amount of $400.00 are awarded to the State of Alaska.

APPROVED:

*s/ H. Russel Holland*
H. RUSSEL HOLLAND
United States District Judge

Date: December 27, 2017

***N<small>OTE</small>: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

                        Lesley K. Allen
                         Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}